UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHMAD AKRAM CHAUDHRY,

                Petitioner,                        Case No. 26-cv-11366
                                                       Honorable Linda V. Parker

v.

KEVIN RAYCRAFT, Immigration and Customs
Enforcement, Director of Detroit Field Office,
Enforcement and Removal, et al.,

                Respondents.

_____/

## ORDER SETTING ASIDE SHOW CAUSE ORDER AND REQUIREMENT FOR A BOND HEARING

On July 15, 2026, this Court issued a show cause order (ECF No. 8) because Respondents' status report, filed June 3, 2026, suggested that a bond hearing had not been provided to Petitioner only because he had not formally requested it, not because Petitioner did not seek bond. Respondents' response to the show cause order (*see* ECF No. 9) provides further background concerning Petitioner's detention and immigration proceedings, which clarifies that Petitioner, through his immigration attorney (who is a different attorney than his attorney in this habeas suit), has in fact declined release on bond due to his voluntary departure.

Accordingly,

**IT IS ORDERED** that the show cause order is **VACATED** and Respondents need not provide a bond hearing unless Petitioner decides to request a hearing.

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus is **DENIED AS MOOT** and this matter is **CLOSED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 20, 2026

2